JOSEPH H. HUNT
Assistant Attorney General
JAMES J. GILLIGAN
Acting Director
Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
ASHLEY A. CHEUNG
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8267
Fax: (202) 616-8470
Email: ashley.cheung@usdoj.gov

## UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA. <br><br> Plaintiff, <br><br> v. <br><br> OMAROSA MANIGAULT NEWMAN, <br><br> Defendant. | Case No.: <br><br> **COMPLAINT** |

## **COMPLAINT**

1.  This is an action brought pursuant to the Ethics in Government Act, 5 U.S.C. app. 4 § 101

*et seq.* (2006), ("EIGA"), by the United States of America against Omarosa Manigault Newman

for civil penalties for knowingly and willfully failing to file the required public financial disclosure report after her employment terminated with the Executive Office of the President.

## JURISDICTION AND VENUE

2.   This Court has jurisdiction pursuant to 5 U.S.C. app. 4. § 104(a) and 28 U.S.C. §§ 1331 and 1345.

3.   Venue is proper pursuant to 5 U.S.C. app. 4. § 104(a) and 28 U.S.C. § 1391(b).

## PARTIES

4.   Plaintiff is the United States of America.

5.   Defendant Omarosa Manigault Newman is the former Director of Communications for the Office of Public Liaison in the White House, within the Executive Office of the President.

## STATUTORY BACKGROUND

6.   The EIGA requires individuals who occupy covered positions to file a final public financial disclosure report on or before the thirtieth day after leaving their position, unless they have accepted another covered position.  5 U.S.C. app. 4 § 101(e).

7.   Among the positions covered by section 101 are "employee[s] in the [E]xecutive [B]ranch" whose "basic pay is equal to or greater than 120 percent of the minimum rate of basic pay payable for GS-15 of the General Schedule."  5 U.S.C. app. 4 § 101(f)(3).

8.   Section 104(a) of the EIGA authorizes the Attorney General to bring a civil action in federal district court against any individual "who knowingly and willfully fails to file or report any information that such individual is required to report" under the EIGA.  5 U.S.C. app. 4 § 104(a).

9.   The EIGA provides that the court may assess a civil penalty of up to $50,000 against an individual who knowingly and willfully fails to file a public financial disclosure report required under the EIGA.  *See* 5 U.S.C. app. 4 § 104(a)(1).

## FACTUAL BACKGROUND

10. Beginning January 20, 2017, Ms. Manigault Newman was the Director of Communications in the Office of Public Liaison in the White House, a position within the Executive Branch.

11. Her salary was greater than 120 percent of $103,672, which was the minimum rate of basic pay payable for GS-15 of the General Schedule in 2017.  *See* 5 U.S.C. app. 4 § 101(f)(3); United States Office of Personnel Management, Salary Table 2017-GS, effective January 2017, *available at* https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/salary-tables/pdf/2017/GS.pdf.

12. Ms. Manigault Newman filed the new entrant financial disclosure report required under the EIGA.

13. On or before December 19, 2017, Ms. Manigault Newman received a post-government employment briefing in which she was advised of her obligation under the EIGA to file a termination financial disclosure report by January 18, 2018.

14. Ms. Manigault Newman's employment as Director of Communications in the Office of Public Liaison in the White House terminated effective December 19, 2017.

15. Ms. Manigault Newman did not accept another government position covered by section 101 of the EIGA after the termination of her employment with the White House.

16. On December 29, 2017, an ethics attorney in the White House Counsel's Office sent Ms. Manigault Newman an email reminding her of her obligation to file her termination financial

disclosure report by January 18, 2018. Although the email address used was the personal email

address provided by Ms. Manigault Newman to the White House Counsel's Office (hereinafter

"provided email address"), she did not respond.

17. On January 3, 2018, an ethics attorney in the White House Counsel's Office sent Ms.

Manigault Newman another email to the provided email address reminding her of her obligation

to file her termination financial disclosure report by January 18, 2018. The email included as an

attachment her post-government employment memorandum, which memorialized the briefing

that Ms. Manigault Newman received before leaving the White House.

18. On January 12, 2018, an ethics attorney in the White House Counsel's Office sent Ms.

Manigault Newman an email to the provided email address asking whether she had any questions

regarding filing her termination financial disclosure report.

19. On January 18, 2018, Ms. Manigault Newman failed to file the required termination

financial disclosure report due that date.

20. The following day, an ethics attorney in the White House Counsel's Office sent Ms.

Manigault Newman an email to the provided email address advising her that her termination

financial disclosure report was overdue and that she might be assessed a $200 late filing fee.

21. On February 6, 2018, an ethics attorney in the White House Counsel's Office sent Ms.

Manigault Newman another email to the provided email address and to a second email address

for Ms. Manigault Newman asking whether she had any questions regarding filing her

termination financial disclosure report.

22. On March 26, 2018, an ethics attorney in the White House Counsel's Office sent Ms.

Manigault Newman another email to the provided email address and to the second email address

reminding her that her termination financial disclosure report was past due. This time, shortly

after the email was sent, Ms. Manigault Newman responded by calling the ethics attorney to discuss the overdue termination financial disclosure report.

23. Later that day, on March 26, 2018, Stefan Passantino, then-Deputy Counsel to the President, sent Ms. Manigault Newman an email to the provided email address and to the second email address reminding her of her obligation to file her termination financial disclosure report. Ms. Manigault Newman responded to Mr. Passantino's email that same day using the provided email address but thereafter did not file the overdue termination financial disclosure report.

24. Pursuant to the regulations of the Executive Office of the Government Ethics, 5 C.F.R. § 2634.701, the Executive Office of the President referred this matter to the Department of Justice for commencement of an action authorized by 5 U.S.C. app. 4 § 104(a), and the action was authorized on March 17, 2019.

## COUNT I

25. Plaintiff repeats and realleges Paragraphs 1 through 24 as if fully stated herein.

26. Ms. Manigault Newman has been aware since on or before December 19, 2017 that she was subject to the EIGA and was required to file a termination financial disclosure report within thirty days of the termination of her employment within the Executive Branch.

27. White House ethics counsel repeatedly informed Ms. Manigault Newman both orally and in writing of her obligation to file her termination financial disclosure report.

28. Notwithstanding the numerous attempts to obtain her compliance, Ms. Manigault Newman has not filed her termination financial disclosure report even though her employment within the Executive Branch ended, as of this filing, more than 180 days ago.

29. Ms. Manigault Newman violated the Ethics in Government Act, 5 U.S.C. app. 4 § 104, by knowingly and willfully failing to file her termination financial disclosure report within the time required by the EIGA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff the United States of America prays that this Court issue a decision and order:

(1) Requiring Ms. Manigault Newman to file her termination financial disclosure report;

(2) Assessing a civil penalty under Count I of up to $50,000; and

(3) Granting Plaintiff such further relief as the Court deems just and proper.

Dated: June 25, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES J. GILLIGAN
Acting Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Ashley A. Cheung*
ASHLEY A. CHEUNG
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8267
Fax: (202) 616-8470
Email: ashley.cheung@usdoj.gov

*Attorneys for Plaintiff*

6

## CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

| **I. (a) PLAINTIFFS**<br>United States of America | **DEFENDANTS**<br>Omarosa Manigault Newman |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 88888 _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Ashley A. Cheung<br>U.S. Department of Justice, Civil Div., 1100 L Street N.W.<br>Washington, D.C. 20005<br>(202) 616-8267 | ATTORNEYS (IF KNOWN) |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (●) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ( )1 | ( )1 | Incorporated or Principal Place of Business in This State | ( )4 | ( )4 |
| Citizen of Another State | ( )2 | ( )2 | Incorporated and Principal Place of Business in Another State | ( )5 | ( )5 |
| Citizen or Subject of a Foreign Country | ( )3 | ( )3 | Foreign Nation | ( )6 | ( )6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**( ) A. Antitrust**
- [ ] 410 Antitrust

**( ) B. Personal Injury/Malpractice**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

**( ) C. Administrative Agency Review**
- [ ] 151 Medicare Act

Social Security
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**( ) D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**(●) E. General Civil (Other)   OR   ( ) F. Pro Se General Civil**

Real Property
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

Personal Property
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

Bankruptcy
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

Prisoner Petitions
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

Property Rights
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent – Abbreviated New Drug Application
- [ ] 840 Trademark

Federal Tax Suits
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

Other Statutes
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions
- [ ] 470 Racketeer Influenced & Corrupt Organization
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [x] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Civil penalty action pursuant to the Ethics in Government Act, 5 U.S.C. app. 4 § 101 et seq. (2006)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23    DEMAND $      JURY DEMAND:    Check YES only if demanded in complaint   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form

DATE: _____6/25/19_____    SIGNATURE OF ATTORNEY OF RECORD _____/s/ Ashley A. Cheung_____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.     CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  19-cv-1868 |
| v. | ) ) | |
| OMAROSA MANIGAULT NEWMAN | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ms. Omarosa Manigault Newman
3796 Biggin Church Road W
Jacksonville, Florida 32224

12620 Beach Boulevard, Suite 3-200
Jacksonville, FL 32246

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ashley A. Cheung
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-1868

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                                *Server's signature*

                                                        _____
                                                                *Printed name and title*


                                                        _____
                                                                *Server's address*

Additional information regarding attempted service, etc: