AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1868

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Omarosa Manigault Newman__
was received by me on *(date)* __8/9/2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Pastor John Allen Newman__ , a person of suitable age and discretion who resides there,
on *(date)* __8/21/2019__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/23/2019__

*Server's signature* — Mary E. Soudrette

Printed name and title — Mary E. Soudrette, Senior Civil Investigator

Personally known to me:

PATRICK W. DIVITA
Commission # GG 062293
Expires January 12, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

at Duval County, FL, Jacksonville
Patrick W. Divita

Server's address — USAO, 300 N. Hogan St., Ste 700, Jacksonville, Florida 32202

Additional information regarding attempted service, etc:
In addition to the Summons, Pastor Newman was served with the Complaint, Civil Cover Sheet, and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge for case 1:19-cv-01868-RJL.