Case 1:19-cv-01868-RJL   Document 5-5   Filed 09/11/19   Page 1 of 1

Re: Re: Response



**John M. Phillips** <jmp@floridajustice.com>
OMAROSA MANIGAULT;  Cheung, Ashley (CIV)
Wednesday, May 15, 2019 at 12:16 PM

Show Details

A copy of this message is on the server.    Delete from server

Please provide some description of the quantity of materials and proximate availability.

Thank You,

John

John M. Phillips, B.C.S**
The Law Office of John M. Phillips
Telephone: (904) 444-4444
Email: jmp@floridajustice.com
Website: www.Floridajustice.com

* Board Certified Specialist and Expert in Civil Trial Law
* Licensed to practice in Florida, Georgia and Alabama

On May 15, 2019, at 11:51 AM, OMAROSA MANIGAULT       wrote:

Hi Ashley,
I am copying my attorney John Phillips on this email. He will coordinate with you the return of my boxes and all else going forward.
Regards,
Omarosa



EXHIBIT "G"