IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No.:     1:19-cv-01868-RJL

v.

OMAROSA MANIGAULT NEWMAN,        **NOTICE OF FILING EXHIBITS**
                                                                    IN SUPPORT OF **MOTION TO**
                                                                      **DISMISS PLAINTIFF'S**
                                                                      **CORRECTED COMPLAINT**

    Defendant,
_____/

## **DEFENDANT'S NOTICE OF FILING EXHIBITS A & B IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED**

Comes now the Defendant, Omarosa Manigault Newman, by and through her undersigned counsel pursuant to LCvR 5.4 (e)(1)(A) and gives Notice of Filing the following exhibits:

**Exhibit "A"** – Situation Room Briefing - audio recording – beginning at 16.23

**Exhibit "B"** – Telephone Call with Stefan Passantino, Esq. - audio recording beginning at 00.16.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the CM/ECF and will furnish a copy via Federal Express to this Court and to Ashley A.

Cheung, Esq., Joseph H. Hunt, Esq., James J. Gilligan, Esq., Jacqueline Coleman Snead, Esq., United States Department of Justice Civil Division, Federal Programs Branch, 1100 L. Street, N.W., Washington, D.C.  20005, at Ashley.cheung@usdoj.gov ; this **13**[th] day of September, 2019.

Respectfully submitted,

**Law Office of John M. Phillips, LLC**

/s/ John M. Phillips
**JOHN M. PHILLIPS, ESQUIRE**
DC Bar Number:  1632674
4230 Ortega Boulevard
Jacksonville, FL 32210
(904) 444-4444
(904) 508-0683 (facsimile)
Attorneys for Defendant
jphillips@floridajustice.com
michele@floridajustice.com
Kirby@floridajustice.com
*(Pro Hac Vice Application for Admission Pending)*

**The Law Office of J. Wyndal Gordon, P.A.**

/s/ J. Wyndal Gordon, Esq.
**J. WYNDAL GORDON, ESQUIRE**
MD Bar Number: 23572
20 South Charles Street, Suite 400
Baltimore, MD  21201
(410)332-4121
(410)347-3144 facsimile
jwgaattys@aol.com
Attorneys for Defendant