# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAROSA MANIGAULT NEWMAN,

    Defendant,
_____/

Case No.:    1:19-cv-01868-RJL

**MOTION TO DISMISS PLAINTIFF'S CORRECTED COMPLAINT**

## ORDER

    **UPON CONSIDERATION,** of Defendant, Omarosa Manigault Newman's Motion to Dismiss, and the Response of the United States of America;

    **IT IS HEREBY ORDERED,** this ___ day of ____, 2019, that the foregoing Motion be GRANTED.

_____
**Judge Leon**