# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**OMAROSA MANIGAULT NEWMAN,**<br><br>    Defendant. | Civil Action No. 1:19-cv-1868 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Christopher M. Lynch, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby substitutes for Ashley Cheung and requests that his appearance be entered on behalf of Plaintiff in the above-captioned matter.

Dated: October 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Christopher M. Lynch*
Christopher M. Lynch
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4537
Fax: (202) 616-8470

Email: christopher.m.lynch@usdoj.gov

*Attorneys for Plaintiff*