AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-CV-1868 (RJL) |
| OMAROSA MANIGAULT NEWMAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, OMAROSA MANIGAULT NEWMAN

Date:   10/29/2019

*Attorney's signature*

John M. Phillips, D.C. Bar No.: 1632674
*Printed name and bar number*

4230 Ortega Boulevard
Jacksonville, FL  32210

*Address*

Jphillips@floridajustice.com
*E-mail address*

(904) 444-4444
*Telephone number*

(904) 508-0683
*FAX number*