UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,   Case No.:1:19-cv-1868 (RJL)

v.

OMAROSA MANIGAULT NEWMAN,

    Defendant,
_____/

**DEFENDANT, OMAROSA MANIGAULT NEWMAN'S
NOTICE OF UNAVAILABILITY**

Defendant, OMAROSA MANIGAULT NEWMAN, by and through her undersigned counsel, hereby files this Notice of Unavailability, and state as follows:

1. Undersigned counsel recently suffered a loss in his family that will require him to be out of State for several days and out of the office from Monday, August 10, 2020 through August 21, 2020.

2. In light of the above, it is respectfully requested that the Court not schedule a trial in the instant matter and parties not schedule hearings, depositions, or other matters on Monday, August 10, 2020 through Friday, August 21, 2020, and that the attorney be relieved of any Court obligations during this time period.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Christopher M. Lynch, Esq., Joseph H. Hunt, Esq., James J. Gilligan, Esq., Jacqueline Coleman Snead, Esq., United States Department of Justice Civil Division, Federal Programs Branch, 1100 L. Street, N.W., Washington, D.C. 20005, at Christopher.m.lynch@usdoj.gov ; Jacqueline.Snead@usdoj.gov ;this **10th** day of August, 2020.

Respectfully submitted,

**Law Office of John M. Phillips, LLC**

/s/ John M. Phillips
**JOHN M. PHILLIPS, ESQUIRE**
DC Bar Number: 1632674
4230 Ortega Boulevard
Jacksonville, FL 32210
(904) 444-4444
(904) 508-0683 (facsimile)
Attorneys for Defendant
jphillips@floridajustice.com
michele@floridajustice.com
Kirby@floridajustice.com

**The Law Office of J. Wyndal Gordon, P.A.**

/s/ J. Wyndal Gordon, Esq.
**J. WYNDAL GORDON, ESQUIRE**
MD Bar Number: 23572
20 South Charles Street, Suite 400
Baltimore, MD  21201
(410)332-4121
(410)347-3144 facsimile
jwgaattys@aol.com
Attorneys for Defendant