UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:19-cv-1868 (RJL) |
| **OMAROSA MANIGAULT NEWMAN,** | |
| Defendant. | |

**PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO SEAL CERTAIN INFORMATION IN ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, the United States of America, hereby moves to temporarily file unredacted versions of its motion for summary judgment and accompanying Declarations of Stefan Passantino, David Jones, Scott de la Vega, and David Mills under seal to protect information that Defendant requested not be filed on the public docket.  Specifically, the above-referenced motion and declarations contain Defendant's personal contact information such as her mailing address, phone number, and email addresses.  Out of an abundance of caution, Plaintiff therefore is filing redacted versions of these documents to protect that information from publication to provide Defendant the opportunity to file a motion supporting the claim that this information remain sealed from the public record; Plaintiff is also filing unredacted versions of these materials under seal as attachments to the instant motion.  *See, e.g.*, *Johnson v. Greater Se. Cmty. Hosp. Corp.*,

951 F.2d 1268, 1277 & n.14 (D.C. Cir. 1991) (noting that "'[t]he decision as to access [to judicial records] is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case'" that is 'informed 'by this country's strong tradition of access to judicial proceedings'") (quoting *United States v. Hubbard,* 650 F.2d 293, 316–17 (D.C.Cir.1980) (second alteration in original)).

      Accordingly, Plaintiff respectfully requests that the Court grant this motion and enter the attached proposed order.[1]

Dated: December 8, 2020                  Respectfully submitted,

                                            JEFFREY BOSSERT CLARK
                                            Acting Assistant Attorney General

                                            ALEXANDER K. HAAS
                                            Branch Director

                                            JACQUELINE COLEMAN SNEAD
                                            Assistant Branch Director

                                            */s/ Christopher M. Lynch*
                                            Christopher M. Lynch
                                            D.C. Bar # 1049152
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division,
                                            Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, D.C. 20005
                                            Tel.: (202) 353-4537
                                            Fax: (202) 616-8470
                                            Email: christopher.m.lynch@usdoj.gov

                                            *Attorneys for Plaintiff*

---

[1] In both the publicly filed version of the motion and the version Plaintiff proposes filing under seal, information subject to Local Civil Rule 5.4(f) remains redacted.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**OMAROSA MANIGAULT NEWMAN,**<br><br>Defendant. | Civil Action No. 1:19-cv-1868 (RJL) |

**[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO SEAL CERTAIN INFORMATION IN ITS MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Motion to Seal Certain Information in Its Motion for Summary Judgment, it is HEREBY ORDERED that

Plaintiff's Motion to Seal Certain Information in Its Motion for Summary Judgment is GRANTED. The version of Plaintiff's Motion for Summary Judgment and accompanying Declarations of Stefan Passantino, David Jones, Scott de la Vega, and David Mills containing Defendant's unredacted contact information shall be temporarily filed under seal.

AND FURTHER ORDERED THAT

Defendant shall file a motion to continue this sealing order on or before December 22, 2020. Otherwise, the materials will be unsealed, and the Clerk shall be directed to file the

unredacted versions of Plaintiff's Motion for Summary Judgment and supporting declarations on the docket as of that date.

    It is so ORDERED, this day, _____, 2020.

_____
Hon. Richard J. Leon
United States District Judge