UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No.:1:19-cv-1868 (RJL)

v.

OMAROSA MANIGAULT NEWMAN,

    Defendant,
_____/

**DEFENDANT'S MOTION FOR
TWENTY-ONE (21) DAY EXTENSION OF TIME TO FILE A RESPONSE TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    Defendant, OMAROSA MANIGAULT NEWMAN, by and through her undersigned counsel, files her Motion for Twenty-One (21) Day Extension of Time to File A Response to Plaintiff's Motion for Summary Judgment, and in support thereof, states as follows:

    1.    Lead defense counsel, John M. Phillips, has been bedridden with COVID for the past fourteen days and, therefore, has been unable to review or prepare a Response to Plaintiff's Motion for Summary Judgment by the deadline.

    2.    Defense counsel received an email from Plaintiff's counsel on December 7, 2020 informing defense counsel that Plaintiff intended to file its Motion for Summary Judgment on that same date. Defense counsel responded that Defendant has asked for depositions so we obviously object to the Motion for Summary Judgment until discovery can be completed. [Exhibit "A" (redacted)].

    3.    The lead paralegal and associate on the file recently left this firm.

    4.    The Plaintiff's Motion for Summary Judgment was filed during the holiday season so an extension is otherwise necessary to respond.

5. Defendant has filed no other Motions for Extension.

6. Discovery was stayed until May 21, 2020 and since that time there has been no Order setting any dates or deadlines. However, Defendant has asked for discovery and there is a pending Motion for Protective Order by Plaintiff (filed June 17, 2020), seeking to forbid all discovery and depositions sought by Defendant. Some of the objection is based on President Trump and other senior officials' status as "high ranking officials," which is due to end in the next 30 days. As such, there would be no prejudice or urgency and, in fact, the Motion filed is premature.

7. For the reasons discussed herein, and prior to the expiration of the original time, Defendant seeks a twenty-one day extension to file a response to Plaintiff's Motion for Summary Judgment.

8. The instant Motion is being filed in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order granting the instant Motion for Twenty-One (21) Day Extension of Time, in which the Defendant has to file her response to Plaintiff's Motion for Summary Judgment.

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7(m)**

The undersigned hereby certifies he has conferred with Plaintiff's counsel, Christopher M. Lynch, in a good faith effort to resolve the issues raised by this motion and counsel for Plaintiff does not consent to the relief requested in Defendant's Motion for Twenty-One (21) day extension of time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Christopher M. Lynch, Esq., Joseph H. Hunt, Esq., James J. Gilligan, Esq., Jacqueline Coleman Snead, Esq., United States Department of Justice Civil Division, Federal Programs Branch, 1100 L. Street, N.W., Washington, D.C. 20005, at Christopher.m.lynch@usdoj.gov; Jacqueline.Snead@usdoj.gov ; this **21st** day of December, 2020.

Respectfully submitted,

**Law Office of Phillips & Hunt**

/s/ John M. Phillips
**JOHN M. PHILLIPS, ESQUIRE**
DC Bar Number: 1632674
212 North Laura Street
Jacksonville, FL 32202
(904) 444-4444
(904) 508-0683 (facsimile)
Attorneys for Defendant
jphillips@floridajustice.com
rebecca@floridajustice.com

**The Law Office of J. Wyndal Gordon, P.A.**

/s/ J. Wyndal Gordon, Esq.
**J. WYNDAL GORDON, ESQUIRE**
MD Bar Number: 23572
20 South Charles Street, Suite 400
Baltimore, MD 21201
(410)332-4121
(410)347-3144 facsimile
jwgaattys@aol.com
Attorneys for Defendant

**Rebecca Senn**

| | |
|---|---|
| **From:** | John M. Phillips <jmp@floridajustice.com> |
| **Sent:** | Monday, December 7, 2020 12:37 PM |
| **To:** | Lynch, Christopher M. (CIV) |
| **Cc:** | kirby@floridajustice.com; michele@floridajustice.com; Snead, Jacqueline Coleman (CIV) |
| **Subject:** | Re: United States v. Omarosa Manigault Newman, 1:19-cv-1868 (D.D.C) |

We've asked for depositions so obviously object to summary judgment until discovery can be completed.


Thank You,


John


John M. Phillips, B.C.S.**
Phillips & Hunt
Telephone: (904) 444-4444
Email:  jmp@floridajustice.com
Website:  FloridaJustice.com


* Board Certified Specialist and Expert in Civil Trial Law
* Licensed to practice in Florida, New York, Georgia, Alabama, Texas and the District of Columbia

On Dec 7, 2020, at 12:27 PM, Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov> wrote:


Counsel,

Plaintiff United States of America will be filing its motion for summary judgment in the above-captioned case today.  The motion and accompanying documents include Ms. Manigault Newman's mailing address, email addresses (▮▮▮▮▮▮▮@icloud.com; ▮▮▮▮▮▮▮@gmail.com; and ▮▮▮▮▮▮▮@gmail.com), and phone number.  Ms. Manigault Newman's street address is already on the public docket because of the court's requirement that the complaint contain that information, and you have already filed the ▮▮▮▮▮▮▮@icloud.com address in the public record in documents attached to the motion to dismiss.

Please let me know by 5pm today if you request that any of this information--i.e. Ms. Manigault Newman's street address, phone number, or any of the three email addresses above--be redacted in any public filing.  Thank you.

**Christopher M. Lynch**
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 11312
Washington, DC 20005
(202) 353-4537 (office)

**EXHIBIT "A"**

(202) 616-8470 (fax)
Christopher.M.Lynch@usdoj.gov

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No.:1:19-cv-1868 (RJL)

v.

OMAROSA MANIGAULT NEWMAN,

    Defendant,

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT, OMAROSA MANIGAULT NEWMAN'S, MOTION FOR TWENTY-ONE (21) DAY EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant's Motion for Twenty-One (21) Day Extension of Time to File a Response to Plaintiff's Motion for Summary Judgment and accompanying Exhibit A, any opposition and reply, and the entire record in this case, it is hereby ordered that:

Defendant's Motion for Twenty-One (21) Day Extension of Time to File a Response to Plaintiff's Motion for Summary Judgment (ECF No. __) is hereby GRANTED.

Defendant shall have up to an including January _____, 2021 to file her Response to Plaintiff's Motion for Summary Judgment.

It is so ORDERED, this day, _____, 20___.

                                                                        _____
                                                                                Hon. Richard J. Leon
                                                                              United States District Judge