UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**OMAROSA MANIGAULT NEWMAN,**<br><br>Defendant. | Civil Action No. 1:19-cv-1868 (RJL) |

**PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT REGARDING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff filed its Motion for Summary Judgment in this case on December 7, 2020. At approximately 2:45pm on December 21, 2020, the day Defendant's opposition was due, *see* LCR 7(b), Defendant's counsel sent a draft motion requesting an extension of 21 days to file an opposition. The draft extension motion included as Paragraph 2 the following language, which also appears as Paragraph 2 in the motion Defendant filed with the Court:

> Defense counsel received an email from Plaintiff's counsel on December 7, 2020 informing defense counsel that Plaintiff intended to file its Motion for Summary Judgment on that same date. Defense counsel responded that Defendant has asked for depositions so we obviously object to the Motion for Summary Judgment until discovery can be completed.

Plaintiff's counsel advised counsel for Defendant that Plaintiff could not consent to any motion with this language and exhibit. Plaintiff notes that Defendant has *never* noticed in compliance with Fed. R. Civ. P. 30(b) any deposition in this case. Nor has Defendant propounded discovery requests of any kind since November 18, 2019, more than 13 months ago.[1]

Because Defendant refused to remove the language and exhibit in question from the motion, Plaintiff files this statement to clarify its position. Plaintiff ultimately defers to the Court as to whether any extension of time should be granted, but does not believe that Paragraph 2 provides a basis for the requested extension under the circumstances.

Dated: December 21, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Christopher M. Lynch*
Christopher M. Lynch
D.C. Bar # 1049152
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4537
Fax: (202) 616-8470

---

[1] In the motion filed with the Court, Defendant also included a new Paragraph 6, not present in the draft motion sent to Plaintiff's counsel at 2:45pm today. This Paragraph mischaracterizes Plaintiff's motion for protective order as "seeking to forbid all discovery and depositions sought by Defendant." ECF No. 27 at 2. Plaintiff's protective order motion does no such thing; Plaintiff's motion seeks to forbid certain discovery, but not all discovery. *See generally* ECF No. 17 (Plaintiff's Renewed Motion for Protective Order) & 17-2 (Proposed Order). To the extent not addressed in that motion, Plaintiff responded to all of Defendant's other requests months before Plaintiff moved for summary judgment.

2

Email: christopher.m.lynch@usdoj.gov

*Attorneys for Plaintiff*