## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 19-1868 (RJL) |
| | ) | |
| OMAROSA MANIGAULT NEWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

(March **16**, 2021) [Dkt. ## 17, 18]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Government's Motion for a Protective Order [Dkt. # 17] is

**GRANTED IN PART** and **DENIED IN PART**, and the Government's Motion to Compel

[Dkt. # 18] is **GRANTED**.  Plaintiff's motion for a protective order is **GRANTED** as

follows:  It is hereby

**ORDERED** that defendant is not permitted to take the depositions of former

President Donald Trump, former Chief of Staff General John Kelly, Uttam Dhillon, and

James Gilligan; it is further

**ORDERED** that defendant is not permitted to conduct discovery into the process

by which this matter was referred to or authorized by the Department of Justice; it is further

**ORDERED** that plaintiff is not required to respond to defendant's First Request for Admissions to Plaintiff Nos. 21-23 and 25-27; it is further

**ORDERED** that plaintiff is not required to respond to defendant's First Request for Production of Documents Nos. 7-9 and 13.

Plaintiff's motion for a protective order is **DENIED** to the extent it seeks an order prohibiting the deposition of Ashley Cheung or prohibiting discovery into defendant's termination date or location of her personal effects. Further, plaintiff's request for an order protecting the Government from responding to defendant's Request for Production of Documents Nos. 3, 4, 5, and 11 and defendant's Request for Admission 28 is **DENIED**.

It is further **ORDERED** that the parties are to submit a joint protective order covering any documents that will be produced in this litigation that are subject to the confidentiality agreement between defendant and Donald Trump for President, Inc. within two weeks of this order; it is further

**ORDERED** that within two weeks of the Court entering the parties' protective order, defendant shall produce all remaining non-privileged documents responsive to the Government's First Request for Production of Documents.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge