UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
          Plaintiff,                                      Case No.:1:19-cv-1868 (RJL)
v.
OMAROSA MANIGAULT NEWMAN,
          Defendant.
_____/

**DEFENDANT, OMAROSA MANIGAULT NEWMAN'S MOTION TO EXTEND PLAINTIFF'S MOTION TO SEAL CERTAIN INFORMATION IN EXHIBITS TO ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, Omarosa Manigault Newman, hereby moves to extend the sealing order concerning the unredacted versions of Exhibits A-D of the Declaration of Christopher Lynch.

Recently, Plaintiff, the United States of America, moved to temporarily file unredacted versions of Exhibits A-D of the Declaration of Christopher Lynch. Specifically, the above-referenced exhibits contain Defendant's personal contact information such as her mailing address, phone number, and email addresses.

In general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets. <u>Kamakana v. City & County of Honolulu</u>, 447 F.3d 1172 (9th Cir. 2006)

Giving the highly public nature of this litigation, Ms. Manigault Newman would like the records sealed to prevent the public from using her mailing address, phone number, and email address for improper purposes such as to harass or to promote public scandal. The documents we are requesting be sealed include private federal employment records that explicitly detail the

1

Defendant's personal demographic information that the public would not ordinarily have access to. Additionally, this matter has been highly publicized in the media making this case susceptible to those who intend to use the information to promote public scandal.

      Accordingly, Defendant respectfully request that the Court grant this motion and enter the attached proposed order.

Dated: July 21, 2021

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing has been furnished to Christopher M. Lynch, Esq., Joseph H. Hunt, Esq., James J. Gilligan, Esq., Jacqueline Coleman Snead, Esq., United States Department of Justice Civil Division, Federal Programs Branch, 1100 L. Street, N.W., Washington, D.C. 20005, at Christopher.m.lynch@usdoj.gov; Jacqueline.Snead@usdoj.gov this 21ST day of July, 2021

      Respectfully submitted,

Phillips and Hunt
/s/ John M. Phillips
JOHN M. PHILLIPS, ESQUIRE
DC Bar Number: 1632674
212 North Laura
Jacksonville, FL 32202
(904) 444-4444
Attorneys for Defendant
jmp@floridajustice.com
erica@floridajustice.com