UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,                                          Case No.:1:19-cv-1868 (RJL)
v.
OMAROSA MANIGAULT NEWMAN,
        Defendant.
_____/

**PROPOSED ORDER GRANTING DEFENDANT, OMAROSA MANIGAULT NEWMAN'S RESPONSE MOTION TO CONTINUE PLAINTIFF'S MOTION TO SEAL CERTAIN INFORMATION IN EXHIBITS TO ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

      Upon consideration of Plaintiff's Motion to Seal Certain Information in Exhibits to Its Supplemental Brief in Support of Its Motion for Summary Judgment, it is HEREBY ORDERED that: Defendant's Motion to Continue Plaintiff's Motion to Seal Certain Information in Exhibits to Its Supplemental Brief in Support of Its Motion for Summary Judgment is GRANTED. The version of Exhibits A-D to the Declaration of Christopher Lynch containing Defendant's unredacted contact information shall be filed under seal.

      It is so ORDERED, this day, _____, 2021.

                                                        _____
                                                        Hon. Richard J. Leon
                                                       United States District Judge