## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Civil Case No. 19-1868 (RJL)** |
| ) | |
| **OMAROSA MANIGAULT NEWMAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER
March 15, 2022 [Dkt. ## 24, 32]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Dkt. # 24] is **GRANTED**;

2. Defendant's Motion for Summary Judgment [Dkt. # 32] is **DENIED**;

3. Defendant is liable for a civil penalty of $61,585, which defendant shall pay to the United States Treasury within 30 days of this Order.

4. The above-captioned case is **DISMISSED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge